AFFIDAVIT IN SUPPORT OF APPLICATION TO
PROCEED *IN FORMA PAUPERIS**

08-197

I, **George Fitzgerald Correa**, being first duly sworn, depose and say that I am the **Petition** in the above-captioned case; in support of my motion to proceed without paying Court fees and costs, or give security therefore, state:

My date of birth is: **03-04-06**

My current address is: **Department of Correction 1181 Paddock Ray, SNA DE 19977**

Because of my financial situation, I am unable to pay the costs of this proceeding or give security therefore. In support of that statement, I supply the following information:

1. Nature of claim or defense is:  **N/A**

2. Presently employed?   Yes ____   No **✓**

3. If Yes, state:

    (a) Name and address of employer: **N/A**

    (b) How often paid: **N/A**

    (c) Take home pay per pay period: **N/A**

FILED
APR - 7 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

* All requests for information must be supplied, if possible. Failure to supply information may result in denial of your motion to proceed *in forma pauperis*.

4. If *No*, state: N/A

    (a) Name and address of last employer: N/A

    (b) Date of last employment: N/A

5. State whether you have received any income (dividends, rent, savings interest, etc.), N/A gifts, such as stocks, bonds or cash, from any source in the last twelve months. N/A

    Yes \_\_\_\_    No ✓

6. If *Yes*, state:

    (a) Amount of income or gift, or its value: N/A

    (b) When received: N/A

    (c) From whom or what received: N/A

    (d) Whether regular or one time: N/A

7. List all property owned, whether held in your name alone or jointly with anyone else:

    (a) Real estate: N/A

    (b) Personal property (stocks, bonds, bank accounts, vehicles):

    N/A

\* All requests for information must be supplied, if possible. Failure to supply information may result in denial of your motion to proceed *in forma pauperis*.

(c) Name and address of and relationship to any joint owner, designating which property is jointly owned and name of joint owner: N/o

8. If you have a spouse, state: N/o

    (a) Amount of any income received: N/o

    (b) Source N/o

    (c) Frequency income is received: N/o

9. If a prisoner, attach Department of Correction certified statement of your inmate account. The summary of your inmate account shall contain all account activity for the 6-month period immediately preceding the filing of the complaint, or for the entire time you have been incarcerated, whichever time is less.

10. If a prisoner, provide the following requested information.

    (a) At any time while incarcerated or detained at any facility, have you previously brought an action or an appeal in a federal court or in any court of this State?

    (b) If the answer to (a) was yes, identify the court(s) and provide the civil action(s) or appeal number(s) for each case. N/A

\* All requests for information must be supplied, if possible. Failure to supply information may result in denial of your motion to proceed *in forma pauperis*.

(c) If the answer to (a) above was yes, state the outcome of each action or appeal.

11. If you are a prisoner and your complaint relates to a condition of confinement, you must have fully exhausted all administrative remedies available through the institutional grievance procedure. If you have not fully exhausted your administrative remedies, do not file the complaint in this matter or the motion to proceed in forma pauperis.

If this condition applies to you, state whether you have exhausted all administrative remedies. N/A

If you have fully exhausted all administrative remedies, attach copies of all decisions in the administrative process. N/A

12. If not listed above, state: N/A

(a) Amount of any cash held (whether or not in a bank)

(b) Bank accounts, listing bank, account number(s) and current balance(s):
N/A

13. Itemize debts and regular monthly expenses:
N/A

* All requests for information must be supplied, if possible. Failure to supply information may result in denial of your motion to proceed *in forma pauperis*.

14. List names and addresses of any dependents:

I, _Gonsovgo Girres_____, swear or affirm that the above information is true and correct and is made under penalty of perjury.

DATED: _04-02-08_____

I understand that if the Court directs that I pay certain fees and court costs but dismisses my complaint or claim, the Court keeps power over me until all costs and fees are paid.

SWORN TO AND SUBSCRIBED before me this __2nd__ day of __April__, _2008_.

_Timothy J. Mart_____
Title

Commission expires: June 14, 2008

Revised 7.17.03

* All requests for information must be supplied, if possible. Failure to supply information may result in denial of your motion to proceed *in forma pauperis*.

08-197

# DELAWARE CORRECTIONAL CENTER
# SUPPORT SERVICES OFFICE
# MEMORANDUM

TO: _Guargo Correa_   SBI#: _180807_

FROM:   Stacy Shane, Support Services Secretary

RE:   **6 Months Account Statement**

DATE: _March 31, 2008_

---

Attached are copies of your inmate account statement for the months of _September 1, 2007_ to _February 29, 2008_.

The following indicates the average daily balances.

| MONTH | AVERAGE DAILY BALANCE |
|---|---|
| Sept | 30.00 |
| Oct | 29.91 |
| Nov | 46.47 |
| Dec | 49.11 |
| Jan | 30.38 |
| Feb | 30.83 |

Average daily balances/6 months: _36.11_

Attachments
CC: File

_Stacy Shane_
3/31/08

_signature_
3/31/08

RECEIVED
APR
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

# Individual Statement
## From January 2008 to February 2008

Date Printed: 3/31/2008

| SBI | Last Name | First Name | MI | Suffix |
|---|---|---|---|---|
| 00180807 | Correa | Guango | F | |

Current Location: C    Comments:

Beginning Month Balance: $45.38
Ending Month Balance: $0.12

Page 1 of 2

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO# / Ck# | Pay To | Source Name |
|---|---|---|---|---|---|---|---|---|---|
| Canteen | 1/2/2008 | ($39.32) | $0.00 | $0.00 | $6.06 | 535294 | | | |
| Supplies-MailPosta | 1/3/2008 | $0.00 | $0.00 | ($6.49) | $6.06 | 537424 | | 12/6/07 | |
| Supplies-MailPosta | 1/3/2008 | $0.00 | $0.00 | $0.00 | $6.06 | 537452 | | 12/16/07 | |
| Supplies-MailPosta | 1/7/2008 | $0.00 | $0.00 | ($1.48) | $6.06 | 538235 | | 12/30/07 | |
| Supplies-MailPosta | 1/7/2008 | $0.00 | $0.00 | ($0.41) | $6.06 | 538238 | | 12/28/07 | |
| Mail | 1/7/2008 | $100.00 | $0.00 | $0.00 | $106.06 | 538439 | 8519 | 12/28/07 | 1 NAT BANK OF WYO |
| Supplies-MailPosta | 1/9/2008 | ($0.41) | $0.00 | $0.00 | $105.65 | 540852 | | 12/30/07 | |
| Supplies-MailPosta | 1/9/2008 | ($0.41) | $0.00 | $0.00 | $105.24 | 540855 | | | |
| Supplies-MailPosta | 1/9/2008 | ($6.49) | $0.00 | $0.00 | $98.75 | 540929 | | | |
| Supplies-MailPosta | 1/9/2008 | ($1.48) | $0.00 | $0.00 | $97.27 | 540954 | | | |
| Supplies-MailPosta | 1/10/2008 | $0.00 | $0.00 | ($0.41) | $97.27 | 541519 | | | |
| Canteen | 1/15/2008 | ($88.39) | $0.00 | $0.00 | $8.88 | 542843 | | | |
| Canteen | 1/22/2008 | ($8.07) | $0.00 | $0.00 | $0.81 | 544621 | | | |
| Supplies-MailPosta | 1/23/2008 | $0.00 | $0.00 | ($0.41) | $0.81 | 545967 | | 1/5/08 | |
| Supplies-MailPosta | 1/29/2008 | $0.00 | $0.00 | ($0.41) | $0.81 | 548094 | | 1/10/08 | |
| Supplies-MailPosta | 1/29/2008 | ($0.41) | $0.00 | $0.00 | $0.40 | 548095 | | 1/5/08 | |
| Supplies-MailPosta | 2/1/2008 | ($0.40) | $0.00 | ($0.01) | $0.00 | 550628 | | 12/30/07 | |
| Supplies-MailPosta | 2/1/2008 | $65.00 | $0.00 | $0.00 | $65.00 | 550842 | | 1/5/08 | |
| Mail | 2/4/2008 | $65.00 | $0.00 | $0.00 | $65.00 | 551347 | 6230 | | C KOWICZ |
| Supplies-MailPosta | 2/5/2008 | $0.00 | $0.00 | ($0.41) | $65.00 | 552225 | | 1/10/08 | |
| Supplies-MailPosta | 2/5/2008 | $0.00 | $0.00 | ($0.41) | $65.00 | 552330 | | 1/15/08 | |
| Supplies-MailPosta | 2/6/2008 | $0.00 | $0.00 | ($3.98) | $65.00 | 552406 | | INDIGENT 2/4/08 | |
| Mail | 2/8/2008 | $16.15 | $0.00 | $0.00 | $81.15 | 553897 | 145498 | | 1ST NAT BANK OF WY |
| Supplies-MailPosta | 2/8/2008 | ($0.41) | $0.00 | $0.00 | $80.74 | 554217 | | 1/15/08 | |
| Supplies-MailPosta | 2/8/2008 | ($0.41) | $0.00 | $0.00 | $80.33 | 554252 | | INDIGENT 2/4/08 | |
| Supplies-MailPosta | 2/8/2008 | ($3.98) | $0.00 | $0.00 | $76.35 | 554273 | | 1/15/08 | |
| Supplies-MailPosta | 2/8/2008 | ($0.01) | $0.00 | $0.00 | $76.34 | 554288 | | 1/10/08 | |
| Supplies-MailPosta | 2/8/2008 | ($0.41) | $0.00 | $0.00 | $75.93 | 554289 | | 1/10/08 | |
| Supplies-MailPosta | 2/8/2008 | ($0.41) | $0.00 | $0.00 | $75.52 | 554290 | | 1/5/08 | |
| Canteen | 2/13/2008 | ($39.07) | $0.00 | $0.00 | $36.45 | 556068 | | | |
| Canteen | 2/20/2008 | ($36.33) | $0.00 | $0.00 | $0.12 | 559126 | | | |

*handwritten note: "Mistake, here?"*

# Individual Statement
## From January 2008 to February 2008

Date Printed: 3/31/2008

Page 2 of 2

| SBI | Last Name | First Name | MI | Suffix |
|---|---|---|---|---|
| 00180807 | Correa | Guango | F | |

Current Location: C    Comments:

Beginning Month Balance: $45.38
Ending Month Balance: $0.12

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO# / Ck# | Pay To | Source Name |
|---|---|---|---|---|---|---|---|---|---|
| Supplies-MailPosta | 2/20/2008 | $0.00 | $0.00 | ($0.41) | $0.12 | 559424 | | 2/8/08 | |
| Supplies-MailPosta | 2/21/2008 | $0.00 | $0.00 | ($0.41) | $0.12 | 560176 | | 1/20/08 | |
| Supplies-MailPosta | 2/21/2008 | $0.00 | $0.00 | ($0.41) | $0.12 | 560284 | | 1/29/08 | |
| Supplies-MailPosta | 2/28/2008 | $0.00 | $0.00 | ($0.41) | $0.12 | 563006 | | 2/24/08 | |
| Supplies-MailPosta | 2/28/2008 | $0.00 | $0.00 | ($0.97) | $0.12 | 563007 | | 2/8/08 | |

Ending Month Balance: $0.12

Total Amount Currently on Medical Hold: $0.00
Total Amount Currently on Legal Hold: $0.00
Total Amount Currently on Restitution Hold: $0.00
Total Amount Currently on Other Hold: ($10.43)

# Individual Statement
## From September 2007 to December 2007

Date Printed: 3/31/2008

| SBI | Last Name | First Name | MI | Suffix | | |
|---|---|---|---|---|---|---|
| 00180807 | Correa | Guango | F | | Beginning Month Balance: | $30.00 |
| Current Location: C | | | | Comments: | Ending Month Balance: | $45.38 |

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO# / Ck# | Pay To | Source Name |
|---|---|---|---|---|---|---|---|---|---|
| Commitments | 10/12/2007 | $0.00 | $0.00 | $0.00 | $30.00 | 499357 | | | |
| Supplies-MailPosta | 10/22/2007 | $0.00 | $0.00 | ($0.41) | $30.00 | 503747 | | 10/16/07 | |
| Supplies-MailPosta | 10/25/2007 | ($0.41) | $0.00 | $0.00 | $29.59 | 505872 | | 10/16/07 | |
| Canteen | 11/7/2007 | ($29.43) | $0.00 | $0.00 | $0.16 | 510870 | | | |
| Mail | 11/8/2007 | $240.00 | $0.00 | $0.00 | $240.16 | 511767 | 9337833032 | | MAZOCK |
| Supplies-MailPosta | 11/9/2007 | $0.00 | $0.00 | ($0.41) | $240.16 | 512344 | | 10/24/07 | |
| Release | 11/9/2007 | $0.00 | $0.00 | $0.00 | $240.16 | 512607 | | | |
| Pay-To | 11/9/2007 | ($239.75) | $0.00 | $0.00 | $0.41 | 512621 | | CVOP | |
| Canteen | 11/14/2007 | $29.43 | $0.00 | $0.00 | $29.84 | 514109 | | REFUND | |
| Supplies-MailPosta | 11/15/2007 | $0.00 | $0.00 | ($0.41) | $29.84 | 514927 | | 10/27/07 | |
| Pay-To | 11/16/2007 | ($29.02) | $0.00 | $0.00 | $0.82 | 515166 | 22851 | CVOP | |
| Pay-To | 11/19/2007 | $29.02 | $0.00 | $0.00 | $29.84 | 515460 | 22851 | VOID CK #22851 | |
| Pay-To | 11/21/2007 | ($29.02) | $0.00 | $0.00 | $0.82 | 517556 | 22945 | CVOP | |
| Supplies-MailPosta | 11/29/2007 | ($0.41) | $0.00 | $0.00 | $0.41 | 520920 | | 10/24/07 | |
| Supplies-MailPosta | 11/29/2007 | ($0.41) | $0.00 | $0.00 | $0.00 | 520952 | | 10/27/07 | |
| Commitments | 12/5/2007 | $0.00 | $0.00 | $0.00 | $0.00 | 524039 | | | |
| Misc | 12/21/2007 | $250.00 | $0.00 | $0.00 | $250.00 | 531313 | 8514 | | UNK |
| Canteen | 12/26/2007 | ($204.62) | $0.00 | $0.00 | $45.38 | 532071 | | | |

Ending Month Balance: $45.38

Total Amount Currently on Medical Hold: $0.00
Total Amount Currently on Legal Hold: $0.00
Total Amount Currently on Restitution Hold: $0.00
Total Amount Currently on Other Hold: ($10.43)