FILED
APR - 7 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

08-197

AO 241 (Rev. 12/04)

## PETITION UNDER 28 U.S.C. § 2254 FOR WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY

| United States District Court | District: |
|---|---|
| Name (under which you were convicted): Guango Fitzgerald Correa A/K/A David E Sons | Docket or Case No.: 08-197 |
| Place of Confinement: Department of Correctional 1181 Paddock Road Smyrna Del 19977 | Prisoner No.: |
| Petitioner (include the name under which you were convicted): Guango F Correa A/K/A David E Sons | Respondent (authorized person having custody of petitioner): v. Custin |
| The Attorney General of the State of | |

### PETITION

1. (a) Name and location of court that entered the judgment of conviction you are challenging: Cirmanal History Record! was Aboss
Kent Court Superior Court. 45 THE Green Dover Del 19901

(b) Criminal docket or case number (if you know): Post Conviction was dismiss 2008

2. (a) Date of the judgment of conviction (if you know): Dismiss

(b) Date of sentencing: October 10, 2007, THE STATE OF DELAWARE IS NOT GAVE ME

3. Length of sentence: Time Servec,

4. In this case, were you convicted on more than one count or of more than one crime? ☒ Yes ☐ No

5. Identify all crimes of which you were convicted and sentenced in this case:
Violated of Probation

6. (a) What was your plea? (Check one)

☐ (1) Not guilty ☐ (3) Nolo contendere (no contest)

☒ (2) Guilty ☐ (4) Insanity plea

Correa was under medication at that time

(b) If you entered a guilty plea to one count or charge and a not guilty plea to another count or charge, what did you plead guilty to and what did you plead not guilty to?

it was supost to Be the Violated of Probation Corres wosnt no Violated,

(c) If you went to trial, what kind of trial did you have? (Check one)

☐ Jury ☐ Judge only N/A

7. Did you testify at a pretrial hearing, trial, or a post-trial hearing?

☐ Yes ☒ No

8. Did you appeal from the judgment of conviction?

☒ Yes ☐ No

9. If you did appeal, answer the following: 581

(a) Name of court: Superme Court

(b) Docket or case number (if you know): Dismiss

(c) Result:

(d) Date of result (if you know):

(e) Citation to the case (if you know):

(f) Grounds raised: I try to raised But they did not wont to Here at.

(g) Did you seek further review by a higher state court? ☐ Yes ☒ No

If yes, answer the following: N/A

(1) Name of court: N/A

(2) Docket or case number (if you know): N/A

(3) Result: N/A

(4) Date of result (if you know):

(5) Citation to the case (if you know):

(6) Grounds raised:

(h) Did you file a petition for certiorari in the United States Supreme Court? ☑ Yes ☐ No

If yes, answer the following: Dismiss

(1) Docket or case number (if you know): 581

(2) Result: N/A

(3) Date of result (if you know): N/A

(4) Citation to the case (if you know): N/A

10. Other than the direct appeals listed above, have you previously filed any other petitions, applications, or motions concerning this judgment of conviction in any state court? ☐ Yes ☑ No

11. If your answer to Question 10 was "Yes," give the following information:

(a) (1) Name of court:

(2) Docket or case number (if you know): N/A

(3) Date of filing (if you know):

(4) Nature of the proceeding:

(5) Grounds raised:

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?

☐ Yes ☑ No

(7) Result:

(8) Date of result (if you know):

(b) If you filed any second petition, application, or motion, give the same information:

(1) Name of court: [handwritten]

(2) Docket or case number (if you know): NA

(3) Date of filing (if you know): NA

(4) Nature of the proceeding: NA

(5) Grounds raised: NA

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?

☐ Yes ☑ No

(7) Result:

(8) Date of result (if you know): NA

(c) If you filed any third petition, application, or motion, give the same information:

(1) Name of court: NA

(2) Docket or case number (if you know): NA

(3) Date of filing (if you know): NA

(4) Nature of the proceeding:

(5) Grounds raised: [handwritten]

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?

☐ Yes  ☑ No

(7) Result:

(8) Date of result (if you know):

(d) Did you appeal to the highest state court having jurisdiction over the action taken on your petition, application,

or motion?

(1) First petition:  ☐ Yes  ☑ No

(2) Second petition:  ☐ Yes  ☑ No

(3) Third petition:  ☐ Yes  ☑ No

(e) If you did not appeal to the highest state court having jurisdiction, explain why you did not:

12.  For this petition, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

CAUTION: To proceed in the federal court, you must ordinarily first exhaust (use up) your available state-court remedies on each ground on which you request action by the federal court. Also, if you fail to set forth all the grounds in this petition, you may be barred from presenting additional grounds at a later date.

**GROUND ONE:**

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

(b) If you did not exhaust your state remedies on Ground One, explain why:

(c) **Direct Appeal of Ground One:**

(1) If you appealed from the judgment of conviction, did you raise this issue? ❒ Yes ☑ No

(2) If you did not raise this issue in your direct appeal, explain why:

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

❒ Yes ☑ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition:

Name and location of the court where the motion or petition was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

(3) Did you receive a hearing on your motion or petition? ❒ Yes ☑ No

(4) Did you appeal from the denial of your motion or petition? ❒ Yes ☑ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal? ❒ Yes ☑ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground One: THE Condition was All term of Probation Are reimpost.

**GROUND TWO:** You Cant Win.

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

Correa Violated Probation 23 time And Have 73 Arrest The Judge said, But the Judge still gave Correa 1 year III Levels all over again. Judge James T Vaughn He Also Sentecing Correa to Level III Probation as to All The Judge in the Superior Court. Are playing with the System Correa Been in the System For 35 year on Probation Level III Probation.

(b) If you did not exhaust your state remedies on Ground Two, explain why:

(c) **Direct Appeal of Ground Two:**

(1) If you appealed from the judgment of conviction, did you raise this issue? ☐ Yes ☑ No

(2) If you did not raise this issue in your direct appeal, explain why:

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☑ Yes ☐ No

(2) If your answer to Question (d)(1) is "Yes," state: it was Dismiss

Type of motion or petition:

Name and location of the court where the motion or petition was filed:

Docket or case number (if you know): N/A

Date of the court's decision: N/A

Result (attach a copy of the court's opinion or order, if available):

(3) Did you receive a hearing on your motion or petition? ☐ Yes ☑ No

(4) Did you appeal from the denial of your motion or petition? ☐ Yes ☑ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal? ☐ Yes ☑ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

Docket or case number (if you know):

Date of the court's decision: N/A

Result (attach a copy of the court's opinion or order, if available):

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

N/A

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Two

**GROUND THREE:**

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

(b) If you did not exhaust your state remedies on Ground Three, explain why?

(c) **Direct Appeal of Ground Three:**

(1) If you appealed from the judgment of conviction, did you raise this issue? ❒ Yes ☑ No

(2) If you did not raise this issue in your direct appeal, explain why:

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

❒ Yes ❒ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition:

Name and location of the court where the motion or petition was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

(3) Did you receive a hearing on your motion or petition? ❒ Yes ☑ No

(4) Did you appeal from the denial of your motion or petition? ❒ Yes ☑ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal? ❒ Yes ❒ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:
THE issues Correa Try to Raise. No Body Want to Hear and

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Three:
Correa is Entitle To Petition on His ground of Flase Imperisonment on Cirmal Impersonmnt. was Incercarated under Another Name.

**GROUND FOUR:**
Correa Whole Cirmal History Record was I[illegible] Violoted

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):
Correa Has Been in THE System on THE Account. of ALL term of Conditions are Reimpose. Sentence

(b) If you did not exhaust your state remedies on Ground Four, explain why:
This is THE Abuse How THE Judge Just WANT to you in THE System

(c) **Direct Appeal of Ground Four:**

(1) If you appealed from the judgment of conviction, did you raise this issue? ☐ Yes ☒ No

(2) If you did not raise this issue in your direct appeal, explain why:

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☐ Yes ☒ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition:

Kent County Superior Court Rule 61

Name and location of the court where the motion or petition was filed:

Dismiss

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

(3) Did you receive a hearing on your motion or petition? ☐ Yes ☑ No

(4) Did you appeal from the denial of your motion or petition? ☐ Yes ☑ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal? ☐ Yes ☑ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

Docket or case number (if you know): N/A

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

N/A

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Four:

No one want to here it just Dismiss the Petition

13. Please answer these additional questions about the petition you are filing:

(a) Have all grounds for relief that you have raised in this petition been presented to the highest state court having jurisdiction? ☑ Yes ☐ No

If your answer is "No," state which grounds have not been so presented and give your reason(s) for not presenting them:

(b) Is there any ground in this petition that has not been presented in some state or federal court? If so, ground or grounds have not been presented, and state your reasons for not presenting them:

14. Have you previously filed any type of petition, application, or motion in a federal court regarding the conviction that you challenge in this petition? ☑ Yes ☑ No

If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, the issues raised, the date of the court's decision, and the result for each petition, application, or motion filed. Attach a copy of any court opinion or order, if available.

Dismiss

15. Do you have any petition or appeal now pending (filed and not decided yet) in any court, either state or federal, for the judgment you are challenging? ☐ Yes ☑ No

If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the raised.

Deputy ATTorney General
Department of Justice
102 W water Street Dover Del. 19901

GRegory BABowAL ESQUIRE

16. Give the name and address, if you know, of each attorney who represented you in the following stages of the judgment you are challenging: Try to But Dismiss

(a) At preliminary hearing:

(b) At arraignment and plea: N/A

(c) At trial: N/A

(d) At sentencing: All term of Condition All Temiposed

(e) On appeal: Level III Probation

(f) In any post-conviction proceeding: (1) Dismiss

(g) On appeal from any ruling against you in a post-conviction proceeding:

17. Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging? ❒ Yes ☒ No

(a) If so, give name and location of court that imposed the other sentence you will serve in the future:

(b) Give the date the other sentence was imposed:

(c) Give the length of the other sentence:

(d) Have you filed, or do you plan to file, any petition that challenges the judgment or sentence to be served in the future? ❒ Yes ☒ No

18. TIMELINESS OF PETITION: If your judgment of conviction became final over one year ago, you must explain the one-year statute of limitations as contained in 28 U.S.C. § 2244(d) does not bar your petition.*

* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2244(d) provides in part that:

(1) A one-year period of limitation shall apply to an application for a writ of habeas corpus by a person in custody pursuant to the judgment of a State court. The limitation period shall run from the latest of -

(A) the date on which the judgment became final by the conclusion of direct review or the expiration of the time for seeking such review;

(B) the date on which the impediment to filing an application created by State action in violation of the Constitution or laws of the United States is removed, if the applicant was prevented from filing by such state action;

(C) the date on which the constitutional right asserted was initially recognized by the Supreme Court, if the right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or

(D) the date on which the factual predicate of the claim or claims presented could have been discovered through the exercise of due diligence.

(2) The time during which a properly filed application for State post-conviction or other collateral review with respect to the pertinent judgment or claim is pending shall not be counted toward any period of limitation under this subsection.

Therefore, petitioner asks that the Court grant the following relief:

or any other relief to which petitioner may be entitled.

______________________________
Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Petition for Writ of Habeas Corpus was placed in the prison mailing system on 4-06-08 (month, date, year).

Executed (signed) on April 1 08 (date).

______________________________
Signature of Petitioner

If the person signing is not petitioner, state relationship to petitioner and explain why petitioner is not signing this petition.

IN FORMA PAUPERIS DECLARATION

______________________________

[insert appropriate court]

* * * * *



To Delaware State Police State Bureau of Investigation
date
From Guango F, Correa
SBI 00180807

RE update on a Legal DIFFICULT SITUATION About My Cousin DAVID Eugene Jones SBI 162271 DOB 8/13/63 44) Had BEEN use my NAME ON Court Charges And on Court Document But THE STATE OF DElaware / Kent county / Sussex county / NEW CASTLE / STILL STAYING THAT it will Continuing TBT BE ON Guango FitzGeald Correa ① Criminal History Record With THE List OF ALIAS NAMES will BE ATTACHED TO ALL Correa CRIMINAL History Record ② After THE United STATE Bureau OF Investigation Have Remove THAT LIST OF ALIAS → Just To Keep Correa in THE Kent County SYSTEM) NOW ① THE Kent County / And Sussex County / And NEW CASTLE County ATTorney General office)

Carvel STATE Building
820 French Street
Wilm, DEL 19801

Sussex Count
102 W water STREET
Dover Del 19901
ATTorney General

Correa WAS Arrested ON several Charges AS Correa ① criminal History Record) THAT WHAT Correa wants TO BE Expunged THE WHOLE intier criminal History Record) Correa was Arrest ON, From THE STATE OF Delaware) ② Correa Has Put A Petition IN For Kent Count Court OF Common Plea / For A Religious NAME Change But THAT Petition WAS AFFIRM or Dismissed) →

2

And the questioning a woman name ~~Ms Water~~ From the Ms Water From the ~~Attorney~~ Attorney General Deputy 820 French Street Carvel State Building Wilm DE 19801 She state that D for the Petition For Name of Change, In 2005 Mr Correa use 11 Alias Name and the Alias Name is ~~over~~ all over Correa Court Docketment and the Court Status sheet ② But when, Correa come to the Department of Correctional Center on Road 1181 Paddock Road, Smyrna, Delaware, 19977 Correa's ussing His Legitiment Name ① Guango Fitzgeald, Correa 00180887 03-04-65 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 ③ And the Department of Correctional Centers would be confuse, if the State of Delaware Add, Additional Name, if the Petition, For a Name of Change, the Petition was Denial, Therefore the Petition For a Name of Change was Denial And Kent County State of Delaware Court of Common Pleo under Judge Trader, In 2005 38 The Green Dover Delaware 19901

Probable Cause

Condition

Research

Privilege

① The Petition For A Name of Change Full under the Fouth Amendments was also Violation' the Constitutional Right Freedom of Speech. and that is A Privilege) of Speech under sufficient Evidence Proof beyond reasonable doubt Violation) on a Establish Violation, of the State of Delaware Constitutional - Law - This is why the State of Delaware do not want to Remove the merit, once the merit is Remove, than, you will see How the Probable Cause Come in, and let ① demonstrates In 1999, Guango F. Correa was Arrest By the State of Delaware Troop 3) Come to Correa Apratment 3, Cranbury Aomest Apt 3, with Correa Wife Mrs Mary L Correa was Home at the time at 830 AM

Constitutional Right Law

Entitled

M

TWO DELAWARE STATE Police Troop 3: Came To THE residence and Knocking ON Correa's Front Door) Correa HAS opening THE door THE BOTH STATE police Told Correa To get ON THE flood) But THE Police Said. ~~Ident IN~~ Identified your Self, AT THAT mount THE police Had CALL out David E Jones) you Are under Arrest, Mr Correa, HAS Told THE STATE police, THAT HE WAS NOT ~~Dan~~ David E Jones, THAT HE WAS Guango F, Correa THE Police ask Correa, do He Have ANY Identcation on you: Correa Said yes Correa Have A Set OF STATE OF DElaware Drivers linsce) Correa Showing them THAT, And AT THE Same time Correa was Put on THE Flood in Front OF His wife wife was A ~~[illegible]~~ Witness OF THE Situation AT 8998 Cannbury Road APRT 3,) Felton DElaware 19943) AT THE Same Address THE DElaware STATE Police Troop 3, HAS Arrested Correa under False Information IN THE STATE National Wide Computer System under A/K/A, AS Guango Fitzgeald Correa. SB 00180807 03-04-65 And Correa Told THE STATE Police Troop 3 THAT He is NOT → Daived E Jones THAT They Wanted) By THE Law Inforcement NOT Guango F Correa. But Correa Has Been Incercarated AT Gander Hill Preison, in wilm, Smyrna DEpartment OF Correction IN SCI Sussex County ① under ① False Impreisonment ② Criminal Impersonation, ③ False Imprisonment. ④ Lost Wages) 5 Lost of Living Arrangement) ⑥ Lost Tranportionaly ⑦ Lost OF Employment

NOW THE Last OF [illegible] demonstration)

① THE Department OF Correction, HAVE mistaken Guango F Correa ~~Identity~~ Identify THAT Mr Correa WAS David E Jones) Has TranFree Correa To Sussex County Superior Court Unde Name David E Jones under Judge Scott, Bradely OUT OF Sussex Court



THE SUSSEX County STATE OF DElaware Police Department out of Georgetown Delaware was in court @ Has Identify THAT Correa WAS NOT THE SUSPECT, THAT THEY wanted But THE Georgetown STATE OF DElaware Police ~~Delaware~~ Department Has Identify THEY Suspect out of They Folder who They wanted was David E Jones on, 10 Stephanita) Otherwise) / So AT THAT TIME THE DEPARTMENT OF Correction Center on Road 1181 paddock Road Smyrna, DElaware 19977 Has WHOLE Correa Back From getting Release on His Accident OF STATE Identity.) and Correa was Incarcerated under A] V/A David E Jones) (2) False Impersonating and False Id) In THE STATE National wide computer System) \AS THE SAME For Kent County Superior Court OF ~~and~~ Wrong Identify of Charge F Correa) Superior court Has Identify THAT Correa was THE wrong suspect, who was wanted Id, In That Case X THE suspect WAS DAVID E Jones, 162271 SBI DOB. 8/13/63. And Has WARRANT AND A ~~ne~~ Administrative warrant And A Capias' From THE [redacted] From THE Probation Building 511, Maypless Dr Dover Delaware "They Had put His Administrative Warrant out on October 10, 2007 to Arrested Correa For a Under question Charge [redacted] and [redacted] THEY was aware of) THE Conditions

FRONT PAGE (2) Page

ALL Condition Term Are reimposed

IN THE STATE OF DELAWARE FOR KENT COUNTY SUPREME COURT

NO. 581 2007

Guango Fitzgeald Correa

vs

The STATE OF DElaware

Before Judge STEELE; Chief Jusice Holland and Jacobs Justis

(1) upon Consideration and Demonstrates on About THE Abuse THE System) This is Where The Abuse Come in AT

(1) CASE Number 0205013182 7 0607006146

CRIMINAL Action Number VK06-07-0788-01

VIOL O/Probation Orig CHARGE IDENT THEFT 762(F) VK02-05-0787-03

VIOL O/Probation ORIG CHARGE ASSAULT, 2nd

(Demonstrates)

Upon THE ORIGAL Charge ASSAULT 2nd From BACK 2002 CASE 0205013182 THAT Carry Probation time and Jail time! Now Correa did 24 month Incarcerated on This Charge, THE SENTENCE Carry 0 To 5 year) ↗ ↗ ↗ on the original Charge (1) Frist Degree RoBBERY (2) SEcond Degree Consafrecy ASSAULT 2nd

ON April 22 2005, Correa Has Violeted Probation on THE Same Charge Correa did 13th month and Incercoration AS ASSAULT 2nd

And July 27, 2007 Correa was Relase on Later Date From THE original Charges And THE Same Charge Correa did 30 day Incercoration For THE ASSAULT 2nd ( IN 2005) of April 22, 2005, ON THE Origal Charge

In Jail re 3 Probation

13TH Month JAIL 1 year 3 Level of Probation

30 day P Jail time ONE year Level 3 Probation

ALL term of Condition Are reimposed

AS TO 0205013182 - THis Number Came From THE ORIGAL CHarges of THE ASSAULT 2nd From THE MAY 22, 2002 Arrest OTB THE ORIGAL ① ASSAULT 2nd ② Second degree robbery second degree) Conspiracy But THE STATE OF Delaware Has Nolle-Prosqui. ① Second degree robbery ② Second degree Conspiracy And Charges Correa with THE First degree ASSAULT and After Perdury to False Police Report.) All 3 Charges Carrie Probation Beyond THE Sentence!!... Has Been Tampering so many time! !!!!!! When A Judge ① All term of Condition Are reimposed!! Now All THE Judge out of Kent County Superior Court - Will use THIS Term to Violated Someone or Some body Probation, on THE Accord of ① All term of, Condition Are reimposed) By THE STATE OF Delaware! THE Court System ② Will Consider By looking AT your Criminal History Record) which in Correa Case. Correa Has 23 Violated And 73 Arrested, which THE United STATE OF Delaware do NOT Know THAT THE United STATE Department of Justice. Has Remove THE List of Alias off of Correa ① Criminal History Record ② And Remover THE List of Charges - THAT Where on Correa Criminal History Record) AND Correa Has Existencing History Record) All term OF Condition Are reimposed!!! Leaving A question did Correa every Violated His Probation) Correa Has Be Incarcerated since Age 18 year old) Beyond THIS List OF All Alias' Name!!!.!! On How, THE STATE of Delaware Abuse your life Beyond THE Bar!.! Just on They Decision THE Deputy Attorney make Some time They make ~~mat~~ mistake in Dont Want To recorrect it)

Address THE Issue!!! Abuse THE situation

THAT THE Abuse Part Here

8

tHE System Since 18 year old, And Now Correa is 43 year old THAT is 35 year IN And out of Prison, More iN Prison Than THE Community question ALL term of Condition All reimposed, That The question THE Judge SHorly STATE And Clear, Correa Have 23 VOP Violated And 73 Arrest) And THEN Come Right Back And gave Correa 1 year Level III Probation) Why Probation, Level III Have 2 Condition To Violate ① And THAT is A 1000pm Crew or ② A dirty urine ③ And not going to Probation All Carry doi'l time!! Now Correa Have try To raise THIS issue iN THE STATE of Delaware Supreme Court) question Some How They dont get THE message on ⓓ How THE STATE of Delaware Abuse THE System THE Delaware Supreme Court will Agree with THE Superior Court ② And They Decision They will AFFirmed Decision. That THE Superior Court Grants THE Attorney General Request, Now Let look at THE United District Court now 3 iF You File a Legal Petition iN THAT Court THE time waiting is To Hold A Petition is ONE year! THAT is Leveing a question After abuse Started ONE year Ago Sample if you FILE a Legal relief Federal Court writ of Habeas Corpus! But THE question is THAT Petition Take 1 year To Hear THAT Petition And it will Be on There File) THIS is THE Abouse come in at.

4 ALL term of Condition Are remiposed) iN THE real world THE STATE oF Delaware did Violated Guanso F. Correa ① United STATES CONSTITUTION Right Was Violated By THE STATE oF Delaware) Amendent 1 Congress SHALL make no Law respecting AN establisHment of Religion, or Prohibiting THE Free Exercise thereoF or Abridging (THE Freedom oF Speech) or of THE Press or THE right of People Peaceably to Assemble and to Petition THE Government For A redress of grievances

5

Question Dwont THE New-Castle County Superior Court Will Consider on THis Expongment of Record!!

② And Look into THE term OF Probation on How many time can A Judge con All term of Condition are reimposed How many time can a Judge reimpoese THE term of Condition Before THE STate OF Delaware will Abuse THE Situation(s). From THE original Sentence. N THIS case)

Why correct Petition Keep getting Denied By THE STATE oF Delaware!!!!!!

is correct is Entitle To THose Petition, w ①Rule 61, Post Conviction ② Modication Sentencing ③ Heap Group

6
(4) All term of Condition Are reimposed) Level 3 Probation

This is the Abuse situation take place in the Kent County Superior Court, OF Borres 35th Five years in the state National wide System, of the United State, Corres Life. From Age 18 year old, Corres Has Been And in out of Prison since on the Account of Probation, under the Condition (1) ALL term Condition Are reimposed) (2) the Abuse is when I Judge Said ALL Condition of term are reimposed in Corres situation if Corres Explane that (3) HE did Not Comitted No; term of Any Condition why the State of Delaware still Sentecing Corres to Level 3 Probation After the Sentecing Judge was aware of 23 Violated And 73 Arrest what Part that the State of Delaware dont under-Stand that Guango Corres do not want Level ~~III~~ Probation (4) Guango F. Corres will Violated that Probation Once Agin, this will be the 24th Violated of Probation 24th time Corres will Violeted of Probation But never put up no new Charges) now the (5) question is each Sentecing Judge in For Kent County State of Delaware For Kenty County Superior Court. Sentecing Guango F Corres To Level 3 Probation, For the 24th time of Probation Corres will Violated that Condition, the Kent County Superior Court Just want somebody to Stay in they ~~System~~) System To Violated that Person Right, By Keep that Person in the Custody of the Superior Court, of Kent County State of Delaware !!! And that is a Legal matter of the United State Constitutional Civil Right For AFRICAN AMERNCAN. THAT IS IN THE United State of Amernean) Citizen, the State of Delaware Keep Violating the term of Condition By (1) ALL term of Condition Are reimposde Just as Corres truly Can State Corres Been in

(1)

IN THE STATE OF DELAWARE FOR KENT COUNTY SUPREME COURT

D Correa' Guango, F.

vs } No 581, 2007

THE STATE OF DEL }

Correa will Pull out of the Supreme Court (1) if the Court would

(1) Reconsider (1) 90 days incarceration with Time Server!

(No Probation)

(2) Correa will Pull out of the Supreme Court. if the court would Reconsider

While at Level 4, the defendant is to have a Mental Health Evaluation and Follow any recommendations

(1) (VK02-05-0762) (2) 0607001646

0205013182

Did not Take Place No Mental Health Evaluation

Guango Correa

00158007

AMENdmenT IV

THE right oF THE People to be secure in their Persons Houses papers and effects Against unreasonable searches And Seizur SHALL not be violated And no Warrants SHALL issue but upon Probable - ~~Caus~~ Cause supported by oath or Affirmation and Particlarly describing the Place to be searched and the Person or things to seized) now Explane ① the Delaware State Police Troops Had A Phone Call At 8990 Canterbury APT 3 the Police Came out to Guongo F Correa Home But Correa Let them in the Delaware State Police Troop3 Run A nation wide Check on thy Walk Talker id Can Back that Mr David E Jonse Has use Guongo F Correa Name it Came Back that Mr Jones Has A Warrant out For Arrest At immediately through Correa on the flood in From us His Wife Mary Lee Brown way my Wife I dentify my Self Guongo F Correa, and told the I Have A Set of Proper State of Delaware Driver License 994801. they did not they went all throught my Home Kicking my Clost in the room And my paper was All over my room, try to see That Mr Jones Was living at my Home I told then no. Mr Jonse was not living at my Home But Correa was Still Arrest and took them to take me to Jail and David E Jones Name) the Department of Correction Has that on there Record. State Identity David E Jonse Charges was All over Correa Cirmonal History Record

But the United States Federal Burral Envestigat Crimonal Semen Center out of WV, did They Completed Investigate ① they did remove all of David E Jones Charges off of Correa Cirmonal History Record and the List of Alias was allso Remove From Guongo ca[illegible] History Record So that is a question, r all the time Guongo F Correa Stay in Jail For David E Jones. that Call Wrongfull Justice [2] Cirmonal Impersonal motion

dont that Full under Constitution Right And das to Prejudice And Fall under Guango F Correa Constitution Rights

and his 14th Amendment was All So in Violated By the State of Delaware of Dean in State Troop III Station,

Let list the violated of
① Wrongfull ~~[illegible]~~ Prostitution
② Cirmanal – Impesonment
③ False Arrest,
④ Identiy
⑤ False Impersonment.
⑥ Lost of Empleement
⑦ Lost of Home!
⑧ Lost Tranport Natron
⑨ Lost of Drvier Privlege
⑩ Lost of Driver of driver license
⑪ Malicious – Prostitution

Guango Correa want to Suning the State of Delaware For Plans and Suffring fifty Thousand dollaus $50.000.00 this is under Prejudice



I/M:
SBI# 00180800 UNIT C-Building
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977
U.S.M.S. X-RAY
UNITED STATES POSTAGE
PITNEY BOWES
$ 00.58⁰
02 1A
0004608975 APR 04 2008
MAILED FROM ZIP CODE 19977
UNITED STATES POSTAGE
PITNEY BOWES
$ 00.58⁰
02 1A
0004608975 APR 04 2008
MAILED FROM ZIP CODE 19977
UNITED STATES POSTAGE
$ 00.58⁰
02 1A
0004608975 APR 04 2008
MAILED FROM ZIP CODE 19977
US District Court
Lock box 18
Boggs Federal Bldg
844 - King Street
Wilm DE 19801