To U.S District Court.

date 04/19/08

From Guongo F. Correa

SBi OO 180807

Correa
vs
Attorney General of State
Of Delaware

Re: Up to date on this Case number 108cv197

Upon All do In Respect. Can Correa get A Extension due to the Process, I'M unable to completed at this time with All of my material so I can Completed the Process. At this time at Least a 60 days Extension. We pray that the Court can grants this 60 day Extension

For this case
cv 197
Correa
vs
Attorny General
Judge Joseph-J Forman

Thank you and God Bless you! ) ) ¿ )



FILED
BV
APR 21 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

I/M Quening Cerrea
SBI# 00180601    UNIT- Building
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

J.S.M.S
X-RAY

Office of the Clerk
United States District Court
844 N. King Street Lockbox 18
Wilm, De. 19801
I Need a 60 day Extension

UNITED STATES POSTAGE
$ 00.41⁰
APR 18 2008
MAILED FROM ZIP CODE 19977