① IN THE STATE OF Delaware For Castle District Court U.S

**FILED APR 24 2008 U.S. DISTRICT COURT DISTRICT OF DELAWARE**

Correa

VS

Attorney General of State of, Del.

CASE NUMBER

197

Judge

Joseph J Farnan Jr

Upon, To Reconsider on This difficult Situation on A/K/A Guongo F, Correa ① Correa Has Been Incarcerated under David E Jones 162271, ② For a Charges with Shoplifting in Sussex County Superior Court, ② Correa Was Arrested By The Delaware State Police Troop 3 upon that arrest He Has Been Committed to The Department of Correctional Center under A/K/A David E Jones, do to The Process. Correa Was mitted upon ① Suffring ② Lost Employment, ④ malicious-Prosecution ⑤ Wrongfull Prosecution ⑥ After The Department of Correctional Was Transfer Correa or David E Jones to Sussex County Superior Court, Somehow The State Police out of Sussex County Had Indentfy That Correa Was The Wrong Individual The State Police out of Sussex County State of Delaware Georgetown / Sussex County Had Identfy in The Superior Court under Judge Scott Bradley Superior Court Judge The Delaware State Police has Identfy David E Jones They Pull out A Picture of The right Individual A Brown Medium 9,5 1/2 Brown Envelopes They was A Pictur of David E Jones Not Guongo Corr

2. Now Correa Probation, Correa was Arrest By the Stat of Delaware State Police Department. State Street did Arrested Correa on his Account, Vop. Violated and was Found guilty of Probation The Probation was (1) All term condition term where re-imposed From 2002 and 2003 and 2004 and 2005 and 2006 And 2007 and 2008 (2) All term condition Are reimposed The State of Delaware Has Abuse Correa Right Ask Beening

question A United State (1) Citizens of the State of America. Citizens! (1) False Arrested (2) Cirmanal Impersonation (3) False Impersisment (4) Perjice (5) Aggravate Harrassment/ Then Now this Also goess Back in 2005, When Correa was trying to get His name

question Chace in the Court System Correa Has File A Legal Petition in the Court of Common/Pleas in 2005 // Here Back in 2005, the State of Delaware Attorney General Stots (1) Mr Correa Has use 11 Alias name and the Alias is all over Correa Court Docket And the Department of Correctional Center And (2) When Correa get submitt to the Department of Correctional Center He use His Legitmate, name Guango & Correa. If the State of Delaware do add additional name or grant that Petition the Department of Correctional will Be Confoese if the State of Delaware grants that Wish) question did the State of Delaware Have Violated Correa (1) United States Constitution Right of Been A United African American, of the State of Delaware".

(3)

① United State Constitution Right Amendment 1
The righ of the People to be Secure in their Persons House
② Papers and effects against unreasonable Searches and
Seizures, shall not be violated and no warrants shall
issue But upon Probable Cause? good question Supported
By oath or affirmation and Particulary describing the
Place to Be Searched, and the Persons or thing to Be Seized
③ Example Correa is Entittle to this relief Petition ! ! ! !
Habeas writ of a Habeas the Delaware State Police Troop 3rd Station
Has come out to Guango E. Correa Home where Correa was living with
His wife at 8990 Canterburry apt 3) the Police say Guango E Correa
The police Has Been know Correa For a Long time. Correa
open his Door to his Apt. 3. the Police come in and said to
Correa Mr Jones Get on the Floor, Correa got on the floor
Correa told the Delaware State Police that He is not David
E Jones Correa has try to ldentify His Sek Guango Correa
Correa tell the State Police that He Had a set of Delaware
State Driver license But the State of Delaware State Police
did not want to Heard it why A List of Alias Correa was
Arrest Numerous of time) under A/K/A) Correa vs
David E Jones under A/K/A Back to Probation, the State of
Delaware when you go to Court For any Charges the
State of Delaware Attony General Will look at
your ④ Cirmnal History Record Let look at Correa
Cirmnal History Record Correa two Individual
on the same Cirmnal History Record ! !

1) The Attorney General Has Abuse Correa Whole Life Beyond Bars, or at The Department of Corrections Since Age 18 years. it Has Been 35 years in and out of Incarcerated, By use A list of Alias) Now, Let talk about the United State Federal Bureau/Correa write a letter To The Department of Justice Criminal Investigate Criminal Service Center out of West VA. Two Marshal Come To the Department of Correctional Center to see George F. Correa So What they did they took A Completed Set of Figer Print From (George Correa) And went Be to W.VA And they did they Completed Investigate and guest what they found out. ① Daniel E Jones Change, was on Correa Criminal History Record And ② A list of Alias was also on Correa ③ Criminal History Record So the Department of Justice United State Department of Justice Has Rmover the List of Alias and Jones Change was Also Rmover From Correa Criminal History Records A question was Correa United State Constitution Right was Violated By the State of Delaware Here's A question was Correa was Violated By the State of Delaware in His Constitution Right Amendment 1 Congress Shall make No Law Respecting an establishment of His (religion) or Prohibiting the Free exercise Thereof or Abridging the Freedom of Speech or of the Press) or the right of the People Peaceably, to assemble and to Petition the Government

(5)

14 Amendment

Section 1 All persons born or naturalized in the United States and subject to the jurisdiction thereof are citizens of the United States and of the State wherein they reside. No State shall make or enforce any law which shall abridge the privileges or immunities of citizens of the United States nor shall any State deprive any person of life, liberty or property without due process of law nor deny to any person within its jurisdiction the equal protection of the laws. This all come beyond the list of aliens (2) And your Criminal History Record (what keep corry in one system) And now is So wrong by the State of Delaware United State Constitution right was abuse by the 1 State of Delaware (1) Kent County (2) New Castle County (3) Sussex County

Now do Corrva still has the oppurtunity to address the court system, now question the do process under the Deputy Attorny General go to the wrongfull process under false witenness And false docketment / under criminal to personal not under lock of communication / leving a question did the State of Delaware have violoted Corrva(1) United States Constitution Rights and been a United State Citizens of and African Amererican of the Uniteds State American this is a status of a person live and american of the State

⑥

American, And Been a Violated of His Rule. Now After look at the Kent Court Superior Court Cirmonal History Docket or court Status Sheet I do see that the Department of Justice United States Department of Justice they did (they Completed Invesigation and ① Rmove the List of Alias And ② Rmove Jonse Chargs off of Ouango F. Correa Cirmonal History Record) But they is a question they is two more Name need to Come off of Correa's (Cirmonal History Record) The two Names are still on Correas Cirmonal History Record ① David E. Jonse the Both name Need to come off of Correa Cirmonal History Record. It is a question. After the United State Fedorl Bureod Cirmonal Invesigation they Had Rmove the List of Alias off of Correa Cirmonal History Record) My question Back (In 2005, the State of Delaware Has Violated Correa Probation on 4/27/05, Said Correa Has a List of Alias And Number of Chargs on His Cirmonal History Record) was try a Violeted are not did Correa Violeted His Probation or Not) (Leiving. A question) And Correa was Incerlorated Beyond this Situation a List of Alias Play a Prat in this envent Beyond Hers Said

(7)

After the United States Federal Bureau OMey did they Completed Investigation on this list Call Alias that was Amove From Guorge Correa Cirmonal History Record, And Same CHarge was All Amove From Correa Cirmonal History Record, there is come A question After review the Cirmonal History Record Back in 2005 The State of Delaware Has Violated Correa Probation on 04/22/05 Said mr Correa Useing 11 Alias name and the Alins is all our Correa Cirmonal Court Docketment the quest did Correa Violated his April 22, 2005 Probation when the Court restated Correa Probation D All term of Condition are remiposed this what the State of Delaware do Just to Keep Someone in They System Correa Has Been in this System since 35 years that is to Long on Level 3 Probation Correa Has Violated Probation Violated 23 time and Have 73 Arrest By the Delaware State Police, And the Judge Still gave Correa 1year level III Probation Just To Keep Correa in they System So Correa Can Violated For the 24 time on Probation What Part the State of Delaware Dont understand Correa dont want no Probation And the State of Delaware Question

8

Why the State of Delaware wont Leaving Correa Along. Why Correa Need to Find out Why the State of Delaware Want to Keep Correa In the System. IN 2008 the State of Delaware Can Not Use that List of Alias every Again. Correa done His Home Work. Correa Have Been in and out of Incercorated Beyond the Cirmanal History Record. If the United State Department of Justice did not Remover the List of Alias off of Correa Cirmanal History Record, The State of Delaware His Abuse Correa Life! Now my question on 04/22/05 did Correa Violated the term of Probation, in 04/22/05 !! Correa Has Been geting violated on the trun of ALL Condition term are reimpose! Since 2002 This what the Court Look At, your Cirmanal History Record, But in Correa case it is the List of Alias What Correa probation Be in violated By the State of Delaware. The Same As Correa trying to Explane to the Court System That He Has A Cousin Have Been Use 11 Alias Name. On the Wrong Person But Now the truth Come out That He did use 11 Alias Name on differnce member of the family. Ouango Fitzgerald Correa Now Can Be A Bishop He Can Peach the the Word of God And dont Have To Look Back every Agin. No more! God Bless you!

⑨ According to the United State Federal Bureau Has Rmove the List of Alias off of Correa Cimanal History Record, And Has Rmove Jones Charge that was on Correa Cirmanal History Record, Now Correa Probation Have Be Violated By His Cirmanal History Record, Leway a question Did Correa Violated His 04/22/05 and 07/27/07 Violated Correa Probation or was not a Probation Violated of Probation on a State Identity wrong Information, Now My question to the State of Delaware Did the State of Delaware ⓓ Abuse the System on Correa Behave, question For 35 year in and out of Jail Since 1985 From Age 18 years old in and out of Jail Beyond A List of Alias and Folse Information or Pronting False Information No by know the Hell what I Been tHrough with this System, question, let Talk About the Attorney General, ⓓ they are oure.

This is answer to Petition For A Writ of Habeas

Correa
vs                                                  197
The State of Delaware: Attorney General

Us District Court

Judge Joseph J Farnan Jr

question Why do this Petition Take one year!!!

What is the reason Why' question)



I/M Evans Correa
SBI# 00/0807   UNIT C-Building
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

U.S District Court
844 N King Street Lock box 18
Wilm De 19801