D.I. #_____

# CIVIL ACTION
# NUMBER: _____08CV197 JJF_____

U.S. POSTAL SERVICE
CERTIFIED MAIL RECEIPT(S)

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

| | |
|---|---|
| Postage | $ 1.68 |
| Certified Fee | 2.65 |
| Return Receipt Fee (Endorsement Required) | 2.15 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 6.58 |

Postmark Here

08-197 JJF

Sent To: **WARDEN PERRY PHELPS**
Street, Apt. No.; or PO Box No.: **DELAWARE CORRECTIONAL CENTER**
**1181 PADDOCK ROAD**
City, State, ZIP+4: **SMYRNA DE 19977**

PS Form 3800, August 2006    See Reverse for Instructions

7007 3020 0002 3321 4424