OCT Nov Dec Jan Feb March April May June July Aug Sept Oct Nov Dec ↓
Oct Jan Feb March April May June July Aug Sept Oct Nov Dec May
June

July / 17 200~

Attention To THE United STATE DISTRICT OF THE STATE OF Delaware

I'm Clueless in This Situation about Both Case Numbers. 08-289-d1F

Case number 08-197-JJF, I through out I'll File Both Petition, But Since How

I Lost it as Been Amex to another Pod, I'm Sending you a Both Petition to

Cover Both Start Status. In This Process on This Case, 197 Correa us

Attorney General state of Del. it said Main Document, But I thought

All THE paper was in I didn't Need no more paper As To This Case 108-197

Correa vs THE Attorney General of The OF Delawares: 197

Was File on 4/16/08, No document Attached

My question with THIS Petition Was Coren Both Petition, in 18T) Case

IN THE New County Superior Court Under This Case Number: 0205013182 0607007539

VK 0607098801 THE EFFECTIVE October 10 2007) But THE Department of Corrections

Has They EFFECTIVE Date Dec 5 2007 In that is the Wrong EFFECTIVE Date.

From THE Original Sentecing Now The Department of Correction is Going To

try to Held me Back on The Account of 90day From Dec 5 2007) it Will Take

Correo To Max our Nov 10 2007) And that is Wrong, if you look at October

10, 2007, it Should Be max our day Around July 17, 2008) with the good time

## Other Orders/Judgments

1:08-cv-00294-JJF Correa v. State Of Delaware et al

PaperDocuments

### U.S. District Court

### District of Delaware

## Notice of Electronic Filing

The following transaction was entered on 6/4/2008 at 3:00 PM EDT and filed on 6/4/2008

**Case Name:**        Correa v. State Of Delaware et al
**Case Number:**     1:08-cv-294
**Filer:**
**Document Number:** 4

**Docket Text:**
**ORDER granting Motion to Proceed IFP. Filing Fee of $350.00 Assessed. Plaintiff requested to submit trust fund account statement and signed copy of the complaint. Failure to submit items within 30 days will result in dismissal of action without prejudice. (Copy to pltf. with Mag. Consent Form)( Notice of Compliance deadline set for 7/7/2008.). Signed by Judge Joseph J. Farnan, Jr. on 6/4/2008. (nms)**

**1:08-cv-294 Notice has been electronically mailed to:**

**1:08-cv-294 Notice has been delivered by other means to:**

Guango Fitzgerald Correa
SBI# 0018087
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1079733196 [Date=6/4/2008] [FileNumber=577704-0]
[d092dd09680f471c0f1e78aee63bfff3d50b1105846d0c6893e88bb12147a333ef19d
1e03067df314624cbd3e6b38aeb6f59f27683c153ca69049f6fad36a5eb]]

## Utility Events
1:08-cv-00197-UNA Correa v. Attorney General of State of Delaware
HABEAS, PaperDocuments

*Me drum*

**U.S. District Court**

**District of Delaware**

### Notice of Electronic Filing

The following transaction was entered on 4/16/2008 at 3:15 PM EDT and filed on 4/16/2008
**Case Name:**      Correa v. Attorney General of State of Delaware
**Case Number:**    1:08-cv-197
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**Case assigned to Judge Joseph J. Farnan, Jr. Please include the initials of the Judge (JJF) after the case number on all documents filed. (rjb)**

**1:08-cv-197 Notice has been electronically mailed to:**

**1:08-cv-197 Notice has been delivered by other means to:**

Guango F. Correa
#180807
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

Wherefore, in light of THE About movant asks ThAT Cort modify/reduce His/Her SENTence AS Follows

① AS TO 0205013182 - 06070007539 VK0607095801
This is THE originual SENTence! Need to Be

DEMONSTRATE

THE Corvect STAtus sHeet sHould Spid—
02050i3182 - 06070007539 VK060709F801
AS To October 10, 2007, Arrest. By His Probation, OFFicer's
Let look AT THIS October 10, 2007 Arrest) stArT. DATe!

October Nov Dec Jan Feb mArch April mAy June July Aug Sept Oct Nov Dec
JAN 2008                                              MAR OCT

Mistake
By The Depart.
ment of
Correction

X October Nov) it was only ACCount 2 month wHAt Happyed TO
5 mouth good time! So THE court only Add 61 days wHAt about
THE rest OF THE good time 90 days. ThAt THey own Corren!
From THIS CAse number. 0205013182 - 06070007537 - VK0109F01
    THE Superir court own corren 90, day  THE court
own Corren 61, good time! AS I stote, THE DEPartment of Correctiance
own 24 For one year AT THE Department of Correctioner
All Together ThAt 90day noed to Be Crited to Corres)

4 month and 10 day
90day
leven
30 day

THE Miscarriage of Justice — Question

Demonstrate!

①demonstrate Actual Prejudice THE PETitioner MUST show THat THE errors during His trail Created more THan A possibility oF PreJudice He MUST show THAT THE errors worked to his Actuar and Substantial disadvantage inFecting His entire trial with error! question, oF Constitutional dimensions

PART TWO)

②Alternatively iF THE PEtitioner demonstrates THAT A Constitutional violation, Has probably resulted ~~court can~~ in THE Connviction. of one who is Actually innocent THen A Federal Court Can Excuse. THE Procedural default and review THE Claim in order.! to Prevent A Fundamental Miscarriage of Justice!

FACT About

①Back IN 2005, and 2002 Correa was Arrest By THE Delaware State Police Troups ③STaTion during THat Process! Correa was Brought To THE Department of Correctional. ②ON A STKPLifting Correa was Arrest, under A/k/o DAvid E. Jones, And Correa was Under Process! At THE Department of Correction And THE Department of Correctional Has TransFeir Correa To Sussex County Superior Court/ Sussex) yes Correa was Submitt. under DAvid E. Jones. Noms! Now Correa did Time For Not CHarge) THE Department of Correction Has Correa Noms under A/k/o DAvid E. Jones.) Correa was Arrest) Correa was Transfer! To Sussex County Superior Court. under A STopLifting CHarge! As Correa Has work in THe Sussex County Superior Court. with THE c/o and Hand CuFF) Beyind His Back! THE Delaware Georgetown State Police Has Identifly Correa was THE Wrong Person, THE Wont THE Delaware Delaware STate Police Georgetown Has pull out A fit Picture. oF DAvid E. Jones) THE Right ~~Edentity~~ oF DAvid E. Jones. SBi 162271 08/13/63, And THE Sussex County Superior Court Let Correa go

Wrongfully Impose.

evidence!

3

And Corren was Reloss From His Department of Correctional, Under A/K/A David E Jones) Now giveTing Buck in 2005, Corren writTen Pay A letter TO This United STate Federal Bureau of En Criminal InvestigATions Criminal Center ouT of WesT VA, in That LeTTer I STaTe THAT I Has A FirsT Cousin, Has Use de FFena member Nams' like in A Case Guonyo F, Corren Vs His Dead Delaware STaTe Vs A List of AliAs's.

① wrongfully impose!

Now AT ThAT Time THE UniTed STaTe. marsHAL ZAms TO THE DeparTmenT oT Correctional aNd Took Corren ⁕ FingerPrints From Corren! And went Back TO WesT VA, And did INVesigATion, THE SituATion ② and quesT whAT THey Found ouT BACK 2005, THey did Remove THis List of AliAs ③ and Remove All David E Jones CHarge And Pont off of Corren Criminal HisTory Record.)——

quesTion  From 2002 And 1995, To 2005. Correa was ArresT By THE Delaware STaTe Police AccordinG To His Criminal HisTory Record) Was violaTed) By THE STaT of Delaware.' ④ And Wrongfully IN Prisonment ⑤ FakePrisonment LsT Demkinstints

①8menshpint  BACK IN 2005 ProbaTion oFFicer Mr young) ouT OF THE Dover OFFice.. Has Look inTo His STaTe NaTional work or Wold wide compuTer SysTem' And Told Corren THaT HE Had A WarnT For A ArresT ouT oF CourT oF Commparew Pleos) ouT oF DoveT) Po Told Corren To go over NHere And TAKe CAre of iT! BuT AT THAT Time THEy did noT no THaT my moTher was PAyinG on my Fixe) So THis warran, AT THE courT of common Pleo mAde A misTake) AfTer SHe HAy Speck To my MoTher! S He HAs TAKinG THis WarranT of court oF. THis CompuTer, ⑥ Now we Are do Know NHaT THE KenT CounTy Superior CounTy / ProThonaTroy MAKe misTAKe! iF you don't CaugnT iT) THAT THE BoTTom line! QuesTion, HeRe BACK iN 2005 April 22, 2005, THE ProbaTion OFFicer SAid iN CourT

6

From this Court of Appels. The district Court only option is to dismiss the Petition or transfer it to the Court Appeal. Correa Has try to Explora it in a superior Court ~~and~~ Habeas Petition But all that Court wants to do is to Dismiss the Petition or Denied the Petition of Any Count and to get their attention, question what is wrong with those Court system I Know the Court system is playing dirty with the game they play with peoples mind or Heard/jumile this A/K/A Correa Has Been playing Find in Kent county And Sussex County Superior Court (Shoplifting charger) Although in artfully Presented Petitioner sox Habeas

**OK Here:** Claim Appears to Allege that the superior Court improperly enhanced Petitioner's vop II sentence due to the superior Court incorrect Undestanding that David E Jones was one of Petitioner Aliases— which the state of Delaware did not Know there was two different individual on one Common History Record ① Buonge Fitzgald correa' get His

**Demonstrats** Driver license From the Motor Vehicle DMV. you get your Driver license your license is the Legitimate, you Have car Insurer on your Vehicle. This is Correa Driver license DEL. 994801 2 City Cab's Now Correa is the Legitimate, Correa Driver on the Highway/ Correa dont Have no Any Violation at All/ another individual, Driver a car without a Driver license Name— David E Jones 162271 08/23/03. He get stop For a traffic stop or a Traffic Violation of the Highway abuse. Mr Jones gave that officer a A/K/A Alias name! question when the Police office run a Nation wide Check in the Police Car ① at that Point. That name come Back the Legitmate Mr Jones give Buonge Fr Correa Name Because He Knows Correa His the Legitmate/ with a set of Delaware Driver License— And they will let Mr Jones go/ question Here' Now when Correa get stop By a Police officer they run His Name in the state Nationwide Computer System quest what Correa is wanted By the Spot of Delaware Driving without a set of Driver license

7

And Correa get Arrest By the State of Delaware And Lost his Driver license, on the account of Wrong Information i.e the State Notitienal Wide Computer System Wrong Information now rember Nbor Coerea suppest to Be this Legitmate. Beyond this Correa goess to do.) under somebody nams! And that it (Elagal @ Cirmanse Impersument Let Tolk About this Post-Conviction.) A Petitioner satisfies the Exhaustion Requiremeny By Fairly Presenting the substance of the Federal Habeas(Claim)

Permitting the state Courts to Consider it on the merits, Appeal or in A Post-conviction Procceeding in Procedural manner Dont forget. us All know nbor All the Judges Come From the Atterne General offurn so nbor nean they pull togther as one Big Family. in that is A buestian! now Corre Han Fail Many Post Convictione to the Delawar Superior Court. But this Superior court did not want to Heve it. so Somebody Need to Know what this system is doning to A lot of People Life or Correa! And his state system is out of Controll!!;b! Prejudice He must show that the errors worked to his Actual) Correa Had Happnen All his default! of Claim And Then Correa Has Also Demonstrate. All Constitutioal error on Corres relief) which Correa is Entitltien For! reasen why Any Court wont review A, Merits. of A Claim! And exhausted it Correa can thank Alot of Cendition why the Court Wont Address Any merits or Claims Because nbor of Delawar will find nbor @ they Has abues the system!@ And Abuse the ———— Constitutional Law And the Constitatioal Civil Rights And the Amendj of A Fundamentol mis carrings of Justice ————

⑨ After An initial Habeas Petitioni was Unadjudicated on the merits now Correo what to Challeny the merits of A Claim that the United Higest Court And his SuperiorCourt Mode on they Beh orx !!

8

Back 2002 Correa was Arrest By The Delaware State Police Troop 3 2
For a Charge Call Shop Lifting out of Sussex County Superior Court
And Correa was Submit To The Department of Correction under
A/K/a David E Jones, That cale a List of Alias' But Some
How The State of Delaware Been Use Saying that. Correa Has
Use 13th Alias and The State of Delaware Has in They State
nation wide Computer Correa US a List of Alias! and Since
That Action, The Court system is Confuse: And The Department of
Correction Has Transfer. Correa To Sussex County Superior Court
And The State Police. Has Identify By Say Correa was The Wrong
Individual For The Charger. And The County Court System Has Relase
Correa From that Charge' Call Shoplifting out of Sussex County
Beyond this event Correa Also pay a $100.00 Find on this Charger
And What The State of Delaware when Conviction you They will Look At your
OCriminal History Record! But since Correa Has So many Changes on
His Criminal History Record. They Abuse The System! Why The Other
Charger was Not. That Person Change But that Person got Conviction For
that Charge: Not Call Wrong full Imprisonment/ and Correa
Probation was Violated in 2008 Beyond The List of Alias
Nams' on Correa Criminal History Record!

To main Law Library
date June 4, 2008
From Guango Cenoea
SBi 00180807

RECEIVED
JUN 09 2008
DCC Law Library

To, Timethy Moitin,

Hay whot-up) My Friend Look I Need you to moke Some copyie. For my) ①The reaxy Why The Deportmet of Correctional Cente Has my EFFective Date Dec 5, 2007) ② That is The Wrong EFective Oate the EFFective Oate Sctould Say Arrcoding To the original Court Sheet, October 10, 2007 is the Original EFFective date. This is my Last original Sentencs Sheet)

The woy the Deportmet of Connectiond. Have my EFFective date Dec 5, 2007  that is Wrong!

Qwill Approciled it you Could make Some Copies Fer me

Two or thros Copisﬆ

3 paper and Stopte. Fer me.

Thand
You

Look at this Status Sheet. you will see How the Oeparmet of Connectiond Has my Effective date (Oec 5) 2007

I/M Guango Fingoold Cerres
SBI# 00180801 UNIT C-Building
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Cass number 294 JJF
is the Right Info Riot
you need is all done
Am Completed



Clenk/
United States District Court.
Lock Box 18
844 King Street
Wihm Del 19801.

U.S.M.S.
X-RAY

1980183519 C012