IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GUANGO F. CORREA, | : |
| Petitioner, | : |
| v. | : Civil Action No. 08-197-JJF |
| ATTORNEY GENERAL OF THE STATE OF DELAWARE, | : |
| Respondent. | : |

**O R D E R**

In its Order dated May 14, 2008, the Court construed Petitioner's Application for Habeas Relief ("Application IV/Motion to Amend") (D.I. 2.) to be a Motion to Amend Petitioner's prior Application for Habeas Relief ("Application III") that was pending when he filed Application IV/Motion to Amend. See (D.I. 6.) In the same Order, the Court denied the Application IV/Motion to Amend. Id. Accordingly, the Court directs the Clerk of the Court to close this case.

July 9, 2008
DATE

UNITED STATES DISTRICT JUDGE