

To Clerk
date 07/10/08
From Guonyo Correa
SBI 00180807
Re.

08-197

Correa vs Attorney General of State of Delaware
Judge Joseph J Farnan Jr. on 7/9/2008

uptodate. I try to Explore in different case or different situation about But your court take so long to make a decision, But your court take one year for a Habeas Relief, Why one year, when that person is off or already Roloset Why argue! I Just don't understand when you address the Court issue. They don't believe that Person at list of paper that Person File) the court system will still denied or dismiss that Petition why because Person is Right, and the State of Delaware is so wrong, But as been a Bishop a man of God I have to stand-up for the Right Justice! To Be Seres what I believe in is the word of God I will stand up for the right Justice! So Help me God in my ministers I will be preaching of the Right Justice

question   in this case number 0205013182  VK0205079203 VK0607098201 Correa has file 3 petition for writ of Habeas Corpus in the Kent County Superior Court) ① And that Petition Correa Explained that He was not proper credit) time previously served 3901) now there is two petition writing in the Superior Court one on 03/04/08, and the other one, 8/13/08) still writing for a Decision from the Court—

Now I know the Court will Abuss the (system) and wont correct the (sitauton) in this case you try to get a highest Court attention they will not help you so why File a Petition and a Hight Court. And they will Dismiss that Petitions

?/ast. This is why I fell Back Im not enough FIGHT no more! Correa Have 7 week to go Before He got Release From Prison!!! Right now Correa is in His Last Time of His good time!!!! question The Department of Correction is still not geveing His good time.

The Court system is nothing But A Big Problem with Inote! The Court dont Help peoples All they want to see peope in Jai!

question why file A Petition And Any Court when the court will still Dismiss On Denial Not Petition



I/M Guange Fingel Correa
SBI# 00180607 ___ UNIT ___
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Office of Dis Clerk
United States District Court
844 N. King Street Lock box 18
Wilm, Del 19801